**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Oct. 5, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILTON WILLIAMS, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

CIBC BANK USA, INC.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-2338

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), MILTON WILLIAMS, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, CIBC BANK USA, INC., with prejudice and without fees and costs.

Dated: New York, New York
       October 3, 2022

                                                              **GOTTLIEB & ASSOCIATES**

                                                             <u>/s/Michael A. LaBollita, Esq.</u>

                                                        Michael A. LaBollita, Esq., (ML-9985)
                                                             150 East 18th Street, Suite PHR
                                                                       New York, NY 10003
                                                                         Phone: (212) 228-9795
                                                                            Fax: (212) 982-6284
                                                                      Michael@Gottlieb.legal

                                                               *Attorneys for Plaintiffs*

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: Oct. 5, 2022